In the Matter of the Application of THE CITY OF NEW YORK, Respondent, to Acquire Certain Real Estate at Bayside in the Borough of Queens.

HERMAN CROUZE, Appellant.

*Matter of City of New York (Bayside)*, 141 App. Div. 922, affirmed.

(Argued January 9, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1910, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

*Herbert Noble* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.